IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>R. J. HERNANDEZ, Chief Deputy Warden, et al.,<br><br>    Defendants. | No. C 02-05602 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUESTS FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND FOR COPIES OF EXHIBITS**<br><br>(Docket nos. 35, 36) |

Before the Court are Plaintiff's requests for an extension of time to file his amended complaint and for copies of the exhibits attached to his original complaint (docket nos. 35, 36).

In an Order dated February 2, 2007, the Court directed Plaintiff to file an amended complaint reasserting his Salinas Valley State Prison claims in accordance with the Court's Order Dismissing Complaint With Leave to Amend issued on March 30, 2001 in his original action filed in this Court, Hamilton v. Hernandez, Case No. C 00-3030 SBA (pr) (docket no. 25), and transferred to the Eastern District, Hamilton v. Hernandez, Case No. CV-02-6647-OWW-HGB.  Furthermore, Plaintiff was directed that the amended complaint shall bear the instant case's caption and case number, Hamilton v. Hernandez, Case No. C 02-5602 SBA (PR).  The Court granted Plaintiff thirty days from the date of that Order to file an amended complaint.

Plaintiff has filed a request for an extension of time to file his amended complaint.  He states that he did not receive the exhibits that were attached to his original complaint and that he "need[s] each exhibit in order to fully present [his] legal claims against the defendants."  Therefore, he requests the Court to send him copies of Exhibits "A" through "K" that were attached to his original complaint.

Good cause appearing, Plaintiff's requests are GRANTED.  Plaintiff shall file his amended complaint on or by **June 29, 2007.**  If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

The Clerk of the Court is directed to send Plaintiff copies of all the exhibits that were attached to his original complaint filed in this Court, <u>Hamilton v. Hernandez</u>, Case No. C 00-3030 SBA (pr) (docket no. 2), and transferred to the Eastern District, <u>Hamilton v. Hernandez</u>, Case No. CV-02-6647-OWW-HGB.

This Order terminates Docket nos. 35 and 36.

IT IS SO ORDERED.

DATED: 5/16/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMILTON,

        Plaintiff,

v.

HERNANDEZ et al,

        Defendant.

Case Number: CV02-05602 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Hamilton K-54885
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: May 17, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk