IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HAMILTON,

    Plaintiff,

 v.

R.J. HERNANDEZ, et al.,

    Defendants.
                                 /

No. C 02-05602 SBA (PR)

**ORDER GRANTING DEFENDANTS'**
**MOTION TO SCREEN AMENDED**
**COMPLAINT PURSUANT TO 28 U.S.C.**
**§ 1915A**

Defendants, who are represented by the State Attorney General's Office,[1] have filed a motion asking the Court to screen the amended complaint under 28 U.S.C. § 1915A.

In an Order dated February 8, 2007, the Court lifted the stay in the instant action entered in November, 2002. The action was reopened, and the Court directed Plaintiff to file an amended complaint. After being granted an extension of time to amend the complaint, Plaintiff filed an amended complaint on July 2, 2007. Because this case is filed by a prisoner, the Court must engage in a preliminary screening of the amended complaint pursuant to 28 U.S.C. § 1915A.

Defendants' motion to screen the amended complaint is GRANTED. Accordingly, the Court will conduct its review of the amended complaint pursuant to 28 U.S.C. § 1915A in a separate written Order.

This Order terminates Docket no. 50.

IT IS SO ORDERED.

DATED: 3/3/08

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

---

[1] Deputy Attorney General D. Robert Duncan represents and has acknowledged service on behalf of Defendants Hernandez, Tynes, Lamarque, Hedgpeth, Delaney, Ponder, Sareli, Negrette, Davis, Terhune. Although there are others who are named as Defendants, none of them have been served.

P:\PRO-SE\SBA\CR.02\Hamilton5602.screen.wpd

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |
| HAMILTON,<br>    Plaintiff,<br>  v.<br>HERNANDEZ et al,<br>    Defendant.       / | Case Number: CV02-05602 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Hamilton K-54885
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216

Dated: March 3, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.02\Hamilton5602.screen.wpd 2